IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>DAMIEN WELLS,<br><br>　　　　　　Defendant. | 8:01CR113<br><br>**ORDER** |

　　　　This matter is before the court on defendant's Rule 59(e) motion to alter or amend a judgment. Filing No. 201. The court has reviewed the motion and finds it to be frivolous and without merit. Accordingly, the motion is denied.

　　　　SO ORDERED.

　　　　DATED this 22nd day of May, 2012.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　*s/ Joseph F. Bataillon*
　　　　　　　　　　　　　　　　United States District Judge