IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

               Plaintiff,

vs.

DAMION WELLS,

               Defendant.

**8:01CR113**


**JUDGMENT**


Pursuant to the Memorandum and Order entered this date, judgment is entered dismissing defendant's motion to vacate under 28 U.S.C. § 2255, Filing No. 257. The court will not issue a certificate of appealability.


Dated this 6th day of July, 2017.


BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge