IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                    Plaintiff,                                    **8:01CR113**

          vs.

DAMION WELLS,                                                     **JUDGMENT**

                    Defendant.

_____

          Pursuant to the Memorandum and Order entered this date, judgment is entered

dismissing defendant's motion to vacate under 28 U.S.C. § 2255, Filing No. 290, and

denying his request for leave to proceed in forma pauperis, Filing No. 291.  The Court will

not issue a certificate of appealability.


          Dated this 27th day of April, 2022.

                                                  BY THE COURT:

                                                  s/ Joseph F. Bataillon
                                                  Senior United States District Judge

1