IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>DAMION WELLS,<br><br>           Defendant. | **8:01CR113**<br><br>**ORDER** |

    This matter is before the Court on the Plaintiff's Motion to Continue the dispositional hearing set for August 21, 2023, Filing No. 323. The Plaintiff states that Mr. Wells' state case has been bound over to Douglas County District Court. The violations in the Petition all stem from his pending case in Douglas County.

    After review of the Petition for Offender, Filing No. 294, the Court agrees that the dispositional hearing regarding the violation of supervised release should be continued pending the outcome of the Douglas County District Court case.

    THEREFORE, IT IS ORDERED THAT:

1) The plaintiff's Motion to Continue the dispositional hearing, Filing No. 323, is granted; and
2) The Violation of Supervised Release Hearing is continued to November 20, 2023, at 11:00 AM in Courtroom 3, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE before Senior Judge Joseph F. Bataillon.

Dated this 18th day of August, 2023.

                                                    BY THE COURT:

                                                    s/ Joseph F. Bataillon
                                                    Senior United States District Judge