IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DAMION WELLS,<br><br>    Defendant. | 8:01CR113<br><br>ORDER |

  This matter is before the Court on the Plaintiff's Motion to Continue the dispositional hearing set for November 20, 2023, Filing No. 327. The Plaintiff states that Mr. Wells' state case is still pending in Douglas County District Court. The violations in the Petition for Offender, Filing No. 294, all stem from his pending case in Douglas County.

  After review of the Petition for Offender, Filing No. 294, the Court agrees that the dispositional hearing regarding the violation of supervised release should be continued pending the outcome of the Douglas County District Court case.

  THEREFORE, IT IS ORDERED THAT:

1) The plaintiff's Motion to Continue the dispositional hearing, Filing No. 327, is granted; and
2) The Violation of Supervised Release Hearing is continued to February 12, 2024, at 10:00 AM in Courtroom 3, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE before Senior Judge Joseph F. Bataillon.

Dated this 17th day of November, 2023.

                BY THE COURT:

                s/ Joseph F. Bataillon
                Senior United States District Judge