IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>DAMION WELLS,<br><br>           Defendant. | 8:01CR113<br><br>ORDER |

    This matter is before the Court on the government's Motion to Dismiss (Filing No. 359). The government requests the Court dismiss the Petition for Offender Under Supervision (Filing No. 294) and the Amended Petition for Offender Under Supervision (Filing No. 331) without prejudice as to defendant Damion Wells. The Court finds the Motion should be granted. Accordingly,

IT IS ORDERED:

1. The government's Motion to Dismiss (Filing No. 359) is granted.
2. The Petition for Offender Under Supervision (Filing No. 294) and the Amended Petition for Offender Under Supervision (Filing No. 331) are hereby dismissed without prejudice.
3. Damion Wells's previously imposed term of supervision shall continue under the conditions that were previously imposed.
4. The Final Violation of Supervised Release hearing currently set for April 16, 2025 at 10:00 a.m. is cancelled.

Dated this 15th day of April 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge